IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DORIS WARREN,<br><br>     Plaintiff,<br><br>v.<br><br>STERLING CREDIT CORPORATION<br><br>     Defendant. | Case Action No. 2:17-cv-00632-JS<br><br>**ORDER** |

FILED
APR 24 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

The Court having been advised by Plaintiff's counsel that a settlement has been reached in this matter;

**IT IS ORDERED** that this action be and it is hereby dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated within 60 days.

Dated: April 24, 2017

_____
U.S.D.J.