## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Doris Warren,<br><br>　　　　Plaintiff<br><br>vs.<br><br>Sterling Credit Corporation<br><br>　　　　Defendant | Case No. 17-632 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as settled and dismissed, with prejudice. Each party will be responsible for paying its own costs, expenses and attorney fees.

GARIBIAN LAW OFFICES, P.C.　　　　THE LAW OFFICES
　　　　　　　　　　　　　　　　　　　　　OF RONALD S. CANTER, LLC

/s/ Antranig Garibian, Esquire　　　　　/s/ Ronald S. Canter
Antranig Garibian, Esquire　　　　　　Ronald S. Canter, Esquire
Bar No. 94538　　　　　　　　　　　　200A Monroe Street, Suite 104
1800 JFK Boulevard, Suite 300　　　　Rockville, Maryland 20850
Philadelphia, PA 19103　　　　　　　　Telephone: (301) 424-7490
Telephone: (215) 326-9179　　　　　　Facsimile:   (301) 424-7470
ag@garibianlaw.com　　　　　　　　　rcanter@roncanterllc.com
*Attorney for Plaintiff*　　　　　　　　　　*Attorney for Defendant*

1